TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00434-CV

Robert Wisian, Appellant

v.

The Board of Trustees of the City of Austin Police Retirement System, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 96-06453, HONORABLE JOSEPH HART, JUDGE PRESIDING 

PER CURIAM

 Appellant Robert Wisian announces that the parties have settled their dispute. He
moves to dismiss his appeal. We grant the motion and dismiss the appeal.

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: October 7, 1999

Do Not Publish